**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Event Sales, Inc., | No. 23-cv-3444 (KMM/ECW) |
|    Plaintiff/Counter-Defendant, | |
| v. | **AMENDED ORDER** |
| The TJX Companies, Inc.; Federal Express Corporation, *a Delaware Corporation*; and FedEx Ground Package System, Inc., *a Delaware Corporation*; | |
|    Defendant/Counter-Plaintiffs. | |

On September 2, 2025, the Court instructed the parties to meet and confer about any remaining steps before entry of final judgment in this matter. ECF 94. The parties met and provided the Court with an update by letter dated September 5, 2025. ECF 95.

The Court accepts the parties' stipulations set forth in that letter regarding (1) the inclusion of various fees and costs incurred by Defendant The TJX Companies, Inc. in the final judgment; and (2) the dismissal of Count II of TJX's counterclaim. ECF 12.

The Court also adopts the parties' proposal that TJX's Motion to Determine the Amount of Pre-Judgment Interest should be briefed pursuant to Local Rule 7.1(c), though with a more restrictive word limit. The opening brief on this issue shall be due on or before September 29, 2025, and the remaining deadlines provided in the rule shall apply. Each party's combined word limit for its briefs shall not exceed 6,000 words.

Accordingly, **IT IS HEREBY ORDERED** that:

1. **On or before September 29, 2025**, TJX shall file its Motion to Determine the Amount of Pre-Judgment Interest.

2. **On or before October 20, 2025**, Event Sales shall file a response.

3. **On or before November 3, 2025**, TJX may file a reply.

4. Upon receipt of the motion briefing discussed above, the Court shall take the matter under advisement and determine whether to hold a hearing on the motion.

Date: September 12, 2025                     *s/Katherine Menendez*
                                             Katherine Menendez
                                             United States District Judge